UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| IN RE: | § | |
|---|---|---|
| | § | |
| JEROME K. HARRIS AND | § | CASE NO. 05-53075-LMC |
| SUSAN W. HARRIS, | § | |
| | § | CHAPTER 7 |
| | § | |
| DEBTORS | § | |
| | § | **REPORT OF DISTRIBUTION (FORM 4)** |

The undersigned trustee reports:

1. All funds on hand have been disbursed in accordance with the trustee's Final Report Before Distribution and, if applicable, any order of the Court modifying such Final Report.

2. A summary of the distribution of gross receipts of $ 33,576.78  from liquidation of all property of the estates is as follows:

| | $ AMOUNT RECEIVED | % OF RECEIPTS |
|---|---|---|
| **GROSS RECEIPTS:** | $33,576.78 | 100.00% |
| Less: | | |
| Funds Paid to Debtor | | |
| Exemptions | | |
| Excess Funds | | |
| Non-Estate Funds Paid to 3rd Parties | | |
| **NET RECEIPTS** | $33,576.78 | 100.00% |

| | $CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **SECURED CLAIMS** | | | |
| Real Estate | | | |
| Personal Property & Intangibles | | | |
| Internal Revenue Service Tax Liens | | | |
| Other Governmental Tax Liens | | | |
| **TOTAL SECURED CLAIMS** | | | |

|  | $ CLAIMS | $ AMOUNT PAID | % OF RECEIPTS |
|---|---|---|---|
| **PRIORITY CLAIMS:** |  |  |  |
| CHAPTER 7 ADMINISTRATIVE FEES §507(a)(1) AND CHARGES UNDER Title 28, Chapter 123: |  |  |  |
|     Trustee Fees | $ 4,107.68 | $ 4,107.68 | 12.23% |
|     Trustee Expenses | 4,230.23 | 4,230.23 | 12.60% |
| Legal Fees & Expenses: |  |  |  |
|     Trustee's Firm Legal Fees | 3,982.50 | 3,982.50 | 11.86% |
|     Trustee's Firm Legal Expenses |  |  |  |
|     Other Firm's Legal Fees |  |  |  |
|     Other Firm's Legal Expenses |  |  |  |
| Accounting Fees & Expenses |  |  |  |
|     Trustee's Firm Accounting Fees |  |  |  |
|     Trustee's Firm Accounting Expenses |  |  |  |
|     Other Firm's Accounting Fees | 1,768.50 | 1,768.50 | 5.27% |
|     Other Firm's Accounting Expenses | 200.14 | 200.14 | 0.60% |
| Real Estate Commissions |  |  |  |
| Auctioneer/Liquidator Fees |  |  |  |
| Auctioneer/Liquidator Expenses |  |  |  |
| Other Professional Fees/Expenses |  |  |  |
| Expenses of Operating Business in Chapter 7 |  |  |  |
| Other Expenses | 147.78 | 147.78 | 0.44% |
| Income Taxes – Internal Revenue Service |  |  |  |
| Other State or Local Taxes |  |  |  |
| U.S. Trustee Fees |  |  |  |
| Court Costs | 500.00 | 500.00 | 1.49% |
| **TOTAL CHAPTER 7 ADMINISTRATIVE FEES & CHARGES** | **$14,936.83** | **$14,936.83** | **44.49%** |
| TOTAL CHAPTER 11 ADMINISTRATIVE FEES & CHARGES |  |  |  |
| §507(a)(1); (From attached Part B) |  |  |  |
| Wages §507 (a)(3) |  |  |  |
| CONTRIBUTIONS: EMPLOYEE BENEFIT PLANS §507 (a)(4) |  |  |  |
| ALIMONY & CHILD SUPPORT §507 (a)(7) |  |  |  |
| CLAIMS OF GOVERNMENTAL UNITS §507 (a)(8) |  |  |  |
| Other §507 (a)(2), (5), (6), & (9) |  |  |  |
| **TOTAL PRIORITY CLAIMS** |  |  |  |
| **GENERAL UNSECURED CLAIMS** | **$24,068.71** | **$18,639.95** | **55.51%** |
| **TOTAL DISBURSEMENTS** | **$39,005.54** | **$33,576.78** | **100.00%** |

**Part B**

| | $ CLAIMS | $AMOUNT PAID | % OF CLAIMS PAID |
|---|---|---|---|
| **CHAPTER 11 ADMINISTRATIVE FEES §507 (a)(1):** | | | |
| Trustee Fees | | | |
| Trustee Expenses | | | |
|     Legal Fees & Expenses: | | | |
|       Trustee's Firm Legal Fees | | | |
|       Trustee's Firm Legal Expenses | | | |
|       Other Firm's Legal Fees | | | |
|       Other Firm's Legal Expenses | | | |
|     Accounting Fees & Expenses | | | |
|       Trustee's Firm Accounting Fees | | | |
|       Trustee's Firm Accounting Expenses | | | |
|       Other Firm's Accounting Fees | | | |
|       Other Firm's Accounting Expenses | | | |
|     Real Estate Commissions | | | |
|     Auctioneer/Liquidator Fees | | | |
|     Auctioneer/Liquidator Expenses | | | |
|     Other Professional Fees/Expenses | | | |
|     Income Taxes – Internal Revenue Service | | | |
|     Other State or Local Taxes | | | |
|     Operating Expenses | | | |
|     Other Expenses | | | |
| **TOTAL CHAPTER 11 ADMINISTRATIVE FEES** | **$0.00** | **$0.00** | **0.00%** |

3. All estates bank statements, deposit slips, and cancelled checks have been submitted to the United States Trustee.

4. The undersigned trustee certifies, under penalty of perjury, that all funds have been disbursed consistent with the Final Report Before Distribution and any amendments thereto, and that all checks have been negotiated, or any remaining estates monies have been paid into the court, and that the estates have been fully administered.

5. The undersigned trustee certifies that on this date, the original of this report was mailed to the United States Trustee for review, and a copy was mailed to the debtors and to counsel for the debtors.

Dated: February 27, 2007                          /s/ John Patrick Lowe
                                                                          John Patrick Lowe, Trustee